UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

<u>LONNIE LEE WHITE</u>,

    Plaintiff,

v.      No.: 3:10-cv-513
    (VARLAN/GUYTON)

<u>JAIL'S MEDICAL CARE PROVIDER</u>,
<u>JAIL'S MEDICAL DOCTOR</u>, and
<u>JAIL'S MEDICAL NURSE "REGINA"</u>,

    Defendants.

## **<u>MEMORANDUM AND ORDER</u>**

This is a *pro se* prisoner's civil rights complaint under 42 U.S.C. § 1983. Plaintiff has filed a motion to amend his complaint to add Southern Health Partners as a defendant. The motion [Doc. 5] is **GRANTED**. The Clerk is **DIRECTED** to add Southern Health Partners as a defendant in this action and to send the plaintiff a service packet (a blank summons and USM 285 form) for defendant Southern Health Partners. The plaintiff is **ORDERED** to complete the service packet and return it to the Clerk's Office within twenty (20) days of the date of receipt of this Order. At that time the summons will be signed and sealed by the Clerk and forwarded to the U.S. Marshal for service. Fed. R. Civ. P. 4.

Defendant Southern Health Partners shall answer or otherwise respond to the complaint within twenty (20) days from the date of service. Defendant's failure to timely respond to the complaint may result in entry of judgment by default against the defendant.

Plaintiff has also filed a motion for reimbursement of funds paid from his prisoner account at the Roane County Jail. Plaintiff was assessed the filing fee of $350.00 and his motion for reimbursement [Doc. 6] is **DENIED**.

Defendant Jack Stockton has filed a motion requesting additional time within which to respond to plaintiff's complaint. Defendant's motion [Doc. 8] is **GRANTED**. Defendant Stockton shall have up to and including March 1, 2011, in which to file an answer or other responsive pleading to the complaint.

**E N T E R :**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE