UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

LONNIE LEE WHITE,

    Plaintiff,

v.                                                     No.:   3:10-cv-513
                                                                (VARLAN/GUYTON)

SHERIFF JACK STOCKTON, et al.,

    Defendants.

## MEMORANDUM

This is a *pro se* prisoner's civil rights action brought pursuant to 42 U.S.C. § 1983. By the Scheduling Order entered in this cause, the plaintiff was ordered to file his Pretrial Narrative Statement on or before May 21, 2012. When plaintiff failed to file his Pretrial Narrative Statement, he was ordered to show cause why this action should not be dismissed for failure to prosecute and to comply with the orders of this Court. In response, plaintiff states that he has returned every request for information that he has received from the Court and defense counsel, and that he sent a pre-trial statement to defense counsel months ago. Nevertheless, plaintiff does not explain why he failed to file his Pretrial Narrative Statement with the Court as instructed and why he has continued to fail to file his Pretrial Narrative Statement.

Accordingly, this action will be **DISMISSED WITH PREJUDICE** for failure to prosecute and to comply with the orders of the Court. Rule 41(b) of the Federal Rules of Civil Procedure. *See Jourdan v. Jabe*, 951 F.2d 108 (6th Cir. 1991); *Carver v. Bunch*, 946 F.2d 451 (6th Cir. 1991). All other pending motions will be **DENIED** as **MOOT**. The Court will **CERTIFY** that any appeal from this action would not be taken in good faith and would be totally frivolous. *See* Rule 24 of the Federal Rules of Appellate Procedure.

    **AN APPROPRIATE ORDER WILL ENTER.**

    s/ Thomas A. Varlan
    UNITED STATES DISTRICT JUDGE

2

Case 3:10-cv-00513   Document 34   Filed 06/14/12   Page 2 of 2   PageID #: 124